# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**PAUL DENVER WILSON, JR.**<br>**a/k/a ONE,**<br><br>*Defendant(s)* | Case No. 1:25-MJ-510 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25th 2025__ in the city/county of __Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 41 C.F.R § 102–74.390 | Creating a Disturbance on Federal Property |
| 41 C.F.R.§ 102-74.385 | Failure to Conform with Lawful Directions |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

April Russo AUSA/Katlin O'Brien SAUSA
*Printed name and title*

*Complainant's signature* — *Timothy Alley*

Timothy Alley, Supervisory Deputy, USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _(specify reliable electronic means)_.

Date: 08/27/2025

**Lindsey R Vaala**
Digitally signed by Lindsey R Vaala
Date: 2025.08.27 10:49:52 -04'00'
*Judge's signature*

City and state: Alexandria, VA

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*