### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL DENVER WILSON, JR.<br>a/k/a ONE,<br><br>    *Defendant*. | Case No.  25-MJ-510 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Alley, being duly sworn, depose and state as follows:

### INTRODUCTION

1.  I am the Supervising Deputy United States Marshal in the Eastern District of Virginia, Alexandria Division. I have been a Deputy United States Marshal since April 2009 and the Supervising Deputy United States Marshal since December 2024. As a Deputy United States Marshal, I am authorized to investigate violations of the laws of the United States, and I have been involved with several criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. *See* 28 U.S.C. § 566(d).

2.  As a Deputy United States Marshal, I have investigated and assisted in the investigation of violations of federal law involving failing to register as a sex offender, possession of a firearm by a prohibited person, and escape. In the course of conducting these investigations, I have used many different investigative techniques, including: interviewing and serving as the handler for informants and cooperating sources; conducting physical surveillance; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing

1

telephone pen registers, caller identification data, social media communication records, as well as other information stored within cellular telephones and social media accounts; conducting court-authorized electronic surveillance including the use of cellular phone technology, cellular towers, and the analysis of historical cellular phone records for the purpose of determining the approximate location from which a phone was used at the particular time or range of times.  I am a certified TASER instructor and have received many hours of tactical instruction regarding breaching and clearing, tactical entries, vehicle maneuvers and basic first aid.  I have assisted federal, state, and local partners on hundreds of arrest endeavors, within the Eastern District of Virginia and within other judicial districts.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for PAUL DENVER WILSON, JR. a/k/a ONE (hereafter referred to as WILSON), a person who while on Federal property, exhibited disorderly conduct, and exhibited other conduct on that property that (1) created a loud or unusual noise or a nuisance; (2) unreasonably obstructed the usual use of entrances, foyers, lobbies, corridors, or offices; and (3) otherwise impeded and disrupted the performance of official duties by Government employees, in violation of 41 C.F.R § 102-74.390, and who did not comply "with the lawful direction of Federal police officers and authorized individuals" while on Federal property in violation of 41 C.F.R § 102-74.385.

4. As explained more thoroughly below, WILSON is subject to an order of the Eastern District of Virginia federal court barring him from entry to the Eastern District of Virginia Albert V. Bryan United States Courthouse located at 401 Courthouse Square Alexandria, VA 22314, unless a judge requires his physical presence at a hearing.  Order, *One v. United States*, No. 1:24-cv-1747 (E.D. Va. August 19, 2025) (Brinkema, J.).  On August 25, 2025, he attempted to enter the courthouse, created a loud or unusual noise, was a nuisance, and refused to comply with the

lawful directions of Court Security Officers and United States Marshal Service to leave the building. These actions also unreasonably obstructed the usual use of the front area of the courthouse and impeded and disrupted the official duties of government personnel.

5. The facts in this affidavit come from personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. All observations not personally made by me were relayed to me by individuals who made them or are based on my review of reports, documents, courthouse security footage, and other evidence obtained during the course of the investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

6. At approximately 1300 hours on August 25, 2025, WILSON entered the Albert V. Bryan United States District Courthouse located at 401 Courthouse Square, Alexandria, VA 22314. After entering the courthouse building revolving doors, he attempted to get around the security checkpoint located in the lobby of the courthouse by forcing entry through a side access door controlled by court security officers and reserved for handicap access outside of the magnetometers. After first attempting to casually open the door, WILSON spoke to the Court Security Officer standing in front of the magnetometers, and then physically pressed both hands against the door with substantial force in an attempt to force the door open.

7. WILSON's location is demonstrated by the below screenshot of courthouse security video footage from approximately 1300 hours on August 25, 2025:



8.   WILSON is subject to a "DENIED ENTRY" order issued by Eastern District of Virginia United States District Judge Leonie Brinkema on August 19, 2025.  Order, *One v. United States*, No. 1:24-cv-1747 (E.D. Va. August 19, 2025) (Brinkema, J.).  According to that Order, after WILSON had "been extremely disruptive in the courthouse, including harassing a member of the public and being belligerent with staff."  WILSON was "bar[red] . . . from entry into the courthouse unless a judge require[d] his physical presence at any proceeding," in order "to safeguard employees and visitors at the courthouse."  *Id*.  If WILSON's presence is required at any hearing, "he must be escorted at all times in the courthouse by either a Deputy United States Marshal or Court Security Officer."  *Id*.

9.   After observing WILSON's entrance into the courthouse building, the Lead Court Security Officer immediately requested United States Marshal Service assistance.  In response, Deputy United States Marshal Winston and I joined the Court Security Officers in the front lobby.

10. Upon arrival, I observed WILSON yelling at the Lead Court Security Officer. I positioned himself between the Lead Court Security Officer and WILSON and advised WILSON that he must leave the premises or face arrest. Despite my request, WILSON did not leave.

11. Over the next approximately five to ten minutes, WILSON became increasingly agitated, shouting statements about arresting President Donald Trump and claiming he possessed arrest warrants for multiple individuals. He further threatened those present in the lobby, stating that "everyone was going to die" and warning that anyone who touched him would also die.

12. Throughout the encounter, Deputy United States Marshal Winston and I continued to issue clear and lawful orders for WILSON to exit the building, advising him that failure to comply would result in arrest.

13. During that time, the Lead Court Security Officer, Deputy United States Marsal Winston, and I were joined by additional Court Security Officers.

14. The below screenshot of courthouse security video footage taken after WILSON's arrival demonstrates his location during Deputy United States Marshal Winston and my conversation with him:



15. This front entrance to the courthouse as depicted in this photo is the main entrance to the Albert V. Bryan United States District Courthouse. During these minutes, public access was restricted. Additionally, a combination of ten or more Court Security Officers and United States Marshals were in the lobby, diverted from their other duties, to address WILSON and attempt to get him to leave the courthouse, as well as to ensure that persons attempting to exit and enter the building did not cross WILSON's path.

16. After many minutes, and repeated commands, WILSON handed Deputy United States Marshal Winston a packet of papers, which was subsequently forwarded to a Clerk. Following this, WILSON voluntarily exited the courthouse without further incident.

17. WILSON has a history of similar conduct. For example, a Stay Away/No Contact Order issued by the D.C. Superior Court prevents WILSON from entering the United States Supreme Court while his charges for unlawful entry–remaining on public premises without authority and disorderly conduct–disrupting a public building remained pending. *See* Order, *United States v. Paul Wilson*, No. 2023 CMD 002447 (D.C. Super. Ct. April 21, 2023). Those charges arose from an incident on April 20, 2023, in which WILSON allegedly entered the Supreme Court and approached the Supreme Court Clerk's office, which is a secure area not accessible to the public, and caused a disturbance. *See*, Gerstein Affidavit, *United States v. Paul Wilson*, Case No. 2023 CMD 002447 (D.C. Super. Ct. April 21, 2023).

//

//

//

//

//

**CONCLUSION**

18. Based on the foregoing, I submit that there is probable cause to believe that on August 25, 2025, in the Albert V. Bryan United States District Courthouse of Alexandria, which is federal property within the Eastern District of Virginia, PAUL DENVER WILSON, JR. a/k/a ONE, exhibited disorderly conduct, and exhibited other conduct on that property that (1) created a loud or unusual noise or a nuisance; (2) unreasonably obstructed the usual use of entrances, foyers, lobbies, corridors, or offices; and (3) otherwise impeded and disrupted the performance of official duties by Government employees, in violation of 41 C.F.R § 102-74.390, and who did not comply "with the lawful direction of Federal police officers and authorized individuals" while on Federal property in violation of 41 C.F.R § 102-74.385.

Respectfully submitted,

*Timothy Alley*
Timothy Alley
Supervisory Deputy United States Marshal
United States Marshals Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on Aug. 27, 2025.

**Lindsey R Vaala**   Digitally signed by Lindsey R Vaala
Date: 2025.08.27 10:49:09 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia